IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY E. D'ORAZIO, : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | |
| : | NO. 11-cv-7443 |
| HARTFORD UNDERWRITERS INSURANCE : | |
| COMPANY, : | |
| : | |
| Defendant. : | |

## ORDER

AND NOW, this 18th day of June, 2012, upon consideration of Defendant's Motion to Dismiss (ECF No. 7, 8), Plaintiff's Response in Opposition (ECF No. 11), and Defendant's Reply thereto (ECF No. 12), it is hereby ORDERED that the Motion is GRANTED and Plaintiff's claims are dismissed.  It is FURTHER ORDERED Defendant's first Motion to Dismiss (ECF No. 4) is DENIED as moot.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.